# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-3331

_____

Samuel Ojeda-Hernandez

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 2, 2019
Filed: December 11, 2019
[Unpublished]

_____

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Samuel Ojeda-Hernandez petitions for review of an order of the Board of Immigration Appeals dismissing his interlocutory appeal from the decision of an immigration judge denying his motion to terminate removal proceedings. Upon careful review of the record and the parties' arguments, this court grants respondent's

motion to dismiss the petition for lack of jurisdiction. *See* 8 U.S.C.§ 1252(a)(1); *Camick v. Sessions*, 891 F.3d 1101, 1106 (8th Cir. 2018).

Respondent's motion to dismiss is granted. The petition for review is dismissed. *See* 8th Cir. R. 47A.

_____